



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/23/2020

# MASTROPIETRO LAW GROUP, PLLC
## ATTORNEYS AT LAW

April 22, 2020

*Via ECF*
Hon. Alison J. Nathan
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:  CCTW Holdings, Inc. v. U.S. Specialty Insurance Company
     S.D.N.Y. Case No.:  1:19-cv-11160-AJN

Dear Judge Nathan:

This firm represents the plaintiff in connection with the above-referenced matter.

We are pleased to inform Your Honor that the parties are in the process of resolving this matter. A resolution however is contingent on the settlement of a related State Court matter. I am advised by counsel in the related matter, that the parties are in the process of executing settlement documents and this should be accomplished in a week or two.

As such, and upon consent of all parties, it is respectfully requested that the May 1, 2020 initial pretrial conference be adjourned to June 1, 2020, or a date thereafter that is convenient for the Court.

Respectfully yours,

John P. Mastropietro

cc:  Christine M. Bird, Esq. (*Via ECF*)

---

The initial pre-trial conference currently scheduled for May 1, 2020 is hereby adjourned to June 5, 2020 at 3:00 p.m.
SO ORDERED.

SO ORDERED.    4/23/20

Alison J. Nathan, U.S.D.J.

---

40 Broad Street • Suite 701 • New York, New York 10004 • tel: (212) 943-9079 • fax: (212) 943-9218
63 Franklin Street • Saratoga Springs, New York 12866 • tel: (518) 226-0700 • fax: (518) 226-0701
www.mastrolgpllc.com