

# MASTROPIETRO LAW GROUP, PLLC
## ATTORNEYS AT LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/3/2020

June 1, 2020

*Via ECF*

Hon. Alison J. Nathan
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   CCTW Holdings, Inc. v. U.S. Specialty Insurance Company
      Case No.: 1:19-cv-11160-AJN

Dear Judge Nathan:

This firm represents the plaintiff in connection with the above-referenced matter.

As previously advised on April 21, 2020, the parties have reached a settlement subject to a resolution of a related State Court matter. In that matter, the settlement documents have been executed. The settlement involves payment from two different sources, the first payment has been made and the second payment is anticipated to be made in the next few days. Once the second payment is made, a stipulation of discontinuance will be filed in the State Court matter. This matter will then be closed out.

As such, and upon consent of the parties, it is respectfully requested that the June 5, 2020 initial pretrial conference be adjourned to June 19, 2020, or a date thereafter that is convenient for the Court.

Thank you.

Respectfully yours,

John P. Mastropietro

cc: Christine M. Bird, Esq. (*Via ECF*)

> The initial pre-trial conference currently scheduled for June 5, 2020 is hereby adjourned to June 26, 2020 at 3:15 p.m.
> SO ORDERED.

SO ORDERED.   6/3/20

*Alison J. Nathan*
Alison J. Nathan, U.S.D.J.

40 Broad Street • Suite 701 • New York, New York 10004 • tel: (212) 943-9079 • fax: (212) 943-9218
63 Franklin Street • Saratoga Springs, New York 12866 • tel: (518) 226-0700 • fax: (518) 226-0701
www.mastrolgpllc.com